# EXHIBIT 1-D

## Identification Cards

PLEASE PLACE EACH CARD IN THE APPROPRIATE INSURED VEHICLE.

---

### TEXAS LIABILITY INSURANCE CARD

**POLICY INFORMATION**
Policy Number
ABT-298-157922-40 4 2
Policy Effective Date 08/22/2014
Policy Expiration Date 08/22/2015

Name of Insured
SUSAN HARRIMAN
3419 WESTMINSTER AVE STE 351
DALLAS TX 75205-1387

**VEHICLE INFORMATION**
Year 2007
Make LEXS
Model GX 470
Vehicle Identification Number
JTJBT20X370144710

Other Covered Persons
SUSAN HARRIMAN

**CONTACT US**
To report a claim
(1-800-225-2467)
Customer service
1-214-618-6880
Roadside
Assistance
1-800-426-9898



This policy provides at least the minimum amounts of liability insurance required by the Texas Motor Vehicle Safety Responsibility Act for the specified vehicles and named insureds and may provide coverage for other persons and other vehicles as provided by the insurance policy.

**Company Name:** LIBERTY COUNTY MUTUAL INSURANCE COMPANY
**NAIC Number:** 19544          PMKT 489 12 10

---

### TARJETA DE SEGURO DE RESPONSABILIDAD DE TEXAS

**INFORMACIÓN DE LA PÓLIZA**
Número De Póliza ABT-298-157922-40 4 2
Fecha Efectiva de la Póliza 08/22/2014
Fecha de Expiración de la Póliza 08/22/2015
Nombre y Dirección del Asegurado
SUSAN HARRIMAN
3419 WESTMINSTER AVE STE 351
DALLAS TX 75205-1387

**INFORMACIÓN DEL VEHÍCULO**
Año 2007
Marca LEXS
Modelo GX 470
Número de Identificación del Vehículo
JTJBT20X370144710

Otras Personas Cubiertas
SUSAN HARRIMAN

**CONTÁCTENOS**
Para reportar una reclamación
(1-800-225-2467)
Servicio al cliente
1-214-618-6880
Asistencia en el camino
1-800-426-9898



Esta póliza provee por lo menos la cantidad mínima de seguro de responsabilidad requerida por ley (Texas Motor Vehicle Safety Responsibility Act) para el vehículo especificado y para los asegurados nombrados, y puede proveer cobertura para otras personas y otros vehículos según provisto en la póliza de seguro.

**Nombre de la Compañía:** LIBERTY COUNTY MUTUAL INSURANCE COMPANY
**Número NAIC:** 19544          PMKT 489 12 10

**Texas Liability Insurance Card**
**KEEP THIS CARD**
**IMPORTANT:** This card or a copy of your insurance policy must be shown when you apply for or renew your:

- MOTOR VEHICLE REGISTRATION
- DRIVER'S LICENSE
- MOTOR VEHICLE SAFETY INSPECTION STICKER

You may also be asked to show this card or your policy if you have an accident or if a peace officer asks to see it.

All drivers in Texas must carry liability insurance on their vehicles or otherwise meet legal requirements for financial responsibility. Failure to do so could result in fines up to $1,000, suspension of your driver's license and motor vehicle registration, and impoundment of your vehicle for up to 180 days (at a cost of $15 per day).

**YOUR SERVICE OFFICE**
5300 Town & Country
Blvd Ste 110
Frisco TX 75034

**ISSUING OFFICE**
5300 Town & Country
Blvd Ste 110
Frisco TX 75034



---

**Tarjeta de Seguro de Responsabilidad de Texas**
**GUARDE ESTA TARJETA**
**IMPORTANTE:** Esta tarjeta o una copia de su póliza de seguro debe mostrarse cuando usted solicite o renuéve su:

- REGISTRO DE VEHÍCULO DE MOTOR
- LICENCIA PARA CONDUCIR
- ETIQUETA DE INSPECCIÓN DE SEGURIDAD PARA SU VEHÍCULO

Puede que usted tenga también que mostrar esta tarjeta o su póliza de seguro si tiene un accidente o si un oficial de la paz se la pide.

Todos los conductores en Texas deben de tener seguro de responsabilidad para sus vehículos, o de otra manera llenar los requisitos legales de responsabilidad civil. Fallo en llenar este requisito pudiera resultar en multas de hasta $1,000, suspensión de su licencia para conducir y su registro de vehículo de motor, y la retención de su vehículo por un período de hasta 180 días (a un costo de $15 por día).

**Su Oficina Del Servicio**
5300 Town & Country
Blvd Ste 110
Frisco TX 75034

**OFICINA EMISORA**
5300 Town & Country
Blvd Ste 110
Frisco TX 75034



# Identification Cards

PLEASE PLACE EACH CARD IN THE APPROPRIATE INSURED VEHICLE.

---

## TEXAS LIABILITY INSURANCE CARD

**POLICY INFORMATION**
Policy Number
ABT-298-157922-40 5 2
Policy Effective Date 08/22/2015
Policy Expiration Date 08/22/2016

Name of Insured
SUSAN HARRIMAN
3419 WESTMINSTER AVE STE 351
DALLAS TX 75205-1387

**VEHICLE INFORMATION**
Year 2004
Make BMW
Model 325
Vehicle Identification Number
WBABW334X4PL27152

Other Covered Persons
SUSAN HARRIMAN

**CONTACT US**
To report a claim
(1-800-225-2467)
Customer service
1-214-618-6880
Roadside Assistance
1-800-426-9898



This policy provides at least the minimum amounts of liability insurance required by the Texas Motor Vehicle Safety Responsibility Act for the specified vehicles and named insureds and may provide coverage for other persons and other vehicles as provided by the insurance policy.

**Company Name:** LIBERTY COUNTY MUTUAL INSURANCE COMPANY
**NAIC Number:** 19544        PMKT 489 04 15

---

## TARJETA DE SEGURO DE RESPONSABILIDAD DE TEXAS

**INFORMACIÓN DE LA PÓLIZA**
Número De Póliza ABT-298-157922-40 5 2
Fecha Efectiva de la Póliza 08/22/2015
Fecha de Expiración de la Póliza 08/22/2016

Nombre y Dirección del Asegurado
SUSAN HARRIMAN
3419 WESTMINSTER AVE STE 351
DALLAS TX 75205-1387

**INFORMACIÓN DEL VEHÍCULO**
Año 2004
Marca BMW
Modelo 325
Número de Identificación del Vehículo
WBABW334X4PL27152

Otras Personas Cubiertas
SUSAN HARRIMAN

**CONTÁCTENOS**
Para reportar una reclamación
(1-800-225-2467)
Servicio al cliente
1-214-618-6880
Asistencia en el camino
1-800-426-9898



Esta póliza provee por lo menos las cantidades mínimas de seguro de responsabilidad civil que es requerida por la ley de responsabilidad para la seguridad de los vehículos motorizados de Texas (Texas Motor Vehicle Safety Responsibility Act) para los vehículos especificados y para los asegurados nombrados y puede proveer una cobertura para otras personas y vehículos según lo proporcionado en la póliza de seguro.

**Nombre de la Compañía:** LIBERTY COUNTY MUTUAL INSURANCE COMPANY
**Número NAIC:** 19544        PMKT 489 04 15

## Texas Liability Insurance Card
KEEP THIS CARD

**IMPORTANT:** This card or a copy of your insurance policy must be shown when you apply for or renew your:

- MOTOR VEHICLE REGISTRATION
- DRIVER'S LICENSE
- MOTOR VEHICLE SAFETY INSPECTION STICKER

You may also be asked to show this card or your policy if you have an accident or if a police officer asks to see it.

All drivers in Texas must carry liability insurance on their vehicles or otherwise meet legal requirements for financial responsibility. If you do not meet your financial responsibility requirements, you could be fined up to $1,000, your driver's license and motor vehicle registration could be suspended, and your vehicle could be impounded for up to 180 days (at a cost of $15 per day).

**YOUR SERVICE OFFICE**
5300 Town & Country
Blvd Ste 110
Frisco TX 75034

**ISSUING OFFICE**
5300 Town & Country
Blvd Ste 110
Frisco TX 75034



## Tarjeta de Seguro de Responsabilidad Civil de Texas
GUARDE ESTA TARJETA

**IMPORTANTE:** Usted debe mostrar esta tarjeta o una copia de su póliza de seguro cuando solicite o renuéve su:

- REGISTRO DE VEHÍCULO DE MOTORIZADO
- LICENCIA DE CONDUCIR
- ETIQUETA DE INSPECCIÓN DE SEGURIDAD PARA SU VEHÍCULO

Puede que usted tenga también que mostrar esta tarjeta o su póliza de seguro si tiene un accidente o si un oficial de policía se la pide.

Todos los conductores en Texas deben tener un seguro de responsabilidad civil para sus vehículos, o de lo contrario deben cumplir con los requisitos legales de responsabilidad financiera. Si usted no cumple con los requisitos de responsabilidad financiera, podría estar sujeto a pagar una multa de hasta $1,000, mas la suspensión de su licencia de conducir y la suspensión del registro del vehículo, y además su vehículo podría ser confiscado por hasta 180 días (a un costo de $15 por día).

**Su Oficina Del Servicio**
5300 Town & Country
Blvd Ste 110
Frisco TX 75034

**OFICINA EMISORA**
5300 Town & Country
Blvd Ste 110
Frisco TX 75034



# Identification Cards

PLEASE PLACE EACH CARD IN THE APPROPRIATE INSURED VEHICLE.

---

## TEXAS LIABILITY INSURANCE CARD

**POLICY INFORMATION**
**Policy Number**
ABT-298-157922-40 5 2
**Policy Effective Date** 08/22/2015
**Policy Expiration Date** 08/22/2016

**Name of Insured**
SUSAN HARRIMAN
3419 WESTMINSTER AVE STE 351
DALLAS TX 75205-1387

**VEHICLE INFORMATION**
**Year** 2003
**Make** PORS
**Model** 911
**Vehicle Identification Number**
WP0CA29913S652657

**Other Covered Persons**
SUSAN HARRIMAN

**CONTACT US**
**To report a claim**
(1-800-225-2467)
**Customer service**
1-214-618-6880
**Roadside Assistance**
1-800-426-9898



This policy provides at least the minimum amounts of liability insurance required by the Texas Motor Vehicle Safety Responsibility Act for the specified vehicles and named insureds and may provide coverage for other persons and other vehicles as provided by the insurance policy.

**Company Name:** LIBERTY COUNTY MUTUAL INSURANCE COMPANY
**NAIC Number:** 19544          PMKT 489 04 15

---

## TARJETA DE SEGURO DE RESPONSABILIDAD DE TEXAS

**INFORMACIÓN DE LA PÓLIZA**
**Número De Póliza** ABT-298-157922-40 5 2
**Fecha Efectiva de la Póliza** 08/22/2015
**Fecha de Expiración de la Póliza** 08/22/2016

**Nombre y Dirección del Asegurado**
SUSAN HARRIMAN
3419 WESTMINSTER AVE STE 351
DALLAS TX 75205-1387

**INFORMACIÓN DEL VEHÍCULO**
**Año** 2003
**Marca** PORS
**Modelo** 911
**Número de Identificación del Vehículo**
WP0CA29913S652657

**Otras Personas Cubiertas**
SUSAN HARRIMAN

**CONTÁCTENOS**
**Para reportar una reclamación**
(1-800-225-2467)
**Servicio al cliente**
1-214-618-6880
**Asistencia en el camino**
1-800-426-9898



Esta póliza provee por lo menos las cantidades mínimas de seguro de responsabilidad civil que es requerida por la ley de responsabilidad para la seguridad de los vehículos motorizados de Texas (Texas Motor Vehicle Safety Responsibility Act) para los vehículos especificados y para los asegurados nombrados y puede proveer una cobertura para otras personas y vehículos según lo proporcionado en la póliza de seguro.

**Nombre de la Compañía:** LIBERTY COUNTY MUTUAL INSURANCE COMPANY
**Número NAIC:** 19544          PMKT 489 04 15

## Texas Liability Insurance Card
KEEP THIS CARD

**IMPORTANT:** This card or a copy of your insurance policy must be shown when you apply for or renew your:

- MOTOR VEHICLE REGISTRATION
- DRIVER'S LICENSE
- MOTOR VEHICLE SAFETY INSPECTION STICKER

You may also be asked to show this card or your policy if you have an accident or if a police officer asks to see it.

All drivers in Texas must carry liability insurance on their vehicles or otherwise meet legal requirements for financial responsibility. If you do not meet your financial responsibility requirements, you could be fined up to $1,000, your driver's license and motor vehicle registration could be suspended, and your vehicle could be impounded for up to 180 days (at a cost of $15 per day).

**YOUR SERVICE OFFICE**
5300 Town & Country
Blvd Ste 110
Frisco TX 75034

**ISSUING OFFICE**
5300 Town & Country
Blvd Ste 110
Frisco TX 75034



## Tarjeta de Seguro de Responsabilidad Civil de Texas
GUARDE ESTA TARJETA

**IMPORTANTE:** Usted debe mostrar esta tarjeta o una copia de su póliza de seguro cuando solicite o renuéve su:

- REGISTRO DE VEHÍCULO DE MOTORIZADO
- LICENCIA DE CONDUCIR
- ETIQUETA DE INSPECCIÓN DE SEGURIDAD PARA SU VEHÍCULO

Puede que usted tenga también que mostrar esta tarjeta o su póliza de seguro si tiene un accidente o si un oficial de policía se la pide.

Todos los conductores en Texas deben tener un seguro de responsabilidad civil para sus vehículos, o de lo contrario deben cumplir con los requisitos legales de responsabilidad financiera. Si usted no cumple con los requisitos de responsabilidad financiera, podría estar sujeto a pagar una multa de hasta $1,000, mas la suspensión de su licencia de conducir y la suspensión del registro del vehículo, y además su vehículo podría ser confiscado por hasta 180 días (a un costo de $15 por día).

**Su Oficina Del Servicio**
5300 Town & Country
Blvd Ste 110
Frisco TX 75034

**OFICINA EMISORA**
5300 Town & Country
Blvd Ste 110
Frisco TX 75034



# Identification Cards

PLEASE PLACE EACH CARD IN THE APPROPRIATE INSURED VEHICLE.

---

## TEXAS LIABILITY INSURANCE CARD

**POLICY INFORMATION**
Policy Number
ABT-298-157922-40 5 2
Policy Effective Date 08/22/2015
Policy Expiration Date 08/22/2016

Name of Insured
SUSAN HARRIMAN
3419 WESTMINSTER AVE STE 351
DALLAS TX 75205-1387

**VEHICLE INFORMATION**
Year 2006
Make MRBZ
Model ML350
Vehicle Identification Number
4JGBB86E06A065448

Other Covered Persons
SUSAN HARRIMAN

**CONTACT US**
To report a claim
(1-800-225-2467)
Customer service
1-214-618-6880
Roadside Assistance
1-800-426-9898



This policy provides at least the minimum amounts of liability insurance required by the Texas Motor Vehicle Safety Responsibility Act for the specified vehicles and named insureds and may provide coverage for other persons and other vehicles as provided by the insurance policy.

**Company Name:** LIBERTY COUNTY MUTUAL INSURANCE COMPANY
**NAIC Number:** 19544          PMKT 489 04 15

---

## TARJETA DE SEGURO DE RESPONSABILIDAD DE TEXAS

**INFORMACIÓN DE LA PÓLIZA**
Número De Póliza ABT-298-157922-40 5 2
Fecha Efectiva de la Póliza 08/22/2015
Fecha de Expiración de la Póliza 08/22/2016

Nombre y Dirección del Asegurado
SUSAN HARRIMAN
3419 WESTMINSTER AVE STE 351
DALLAS TX 75205-1387

**INFORMACIÓN DEL VEHÍCULO**
Año 2006
Marca MRBZ
Modelo ML350
Número de Identificación del Vehículo
4JGBB86E06A065448

Otras Personas Cubiertas
SUSAN HARRIMAN

**CONTÁCTENOS**
Para reportar una reclamación
(1-800-225-2467)
Servicio al cliente
1-214-618-6880
Asistencia en el camino
1-800-426-9898



Esta póliza provee por lo menos las cantidades mínimas de seguro de responsabilidad civil que es requerida por la ley de responsabilidad para la seguridad de los vehículos motorizados de Texas (Texas Motor Vehicle Safety Responsibility Act) para los vehículos especificados y para los asegurados nombrados y puede proveer una cobertura para otras personas y vehículos según lo proporcionado en la póliza de seguro.

**Nombre de la Compañía:** LIBERTY COUNTY MUTUAL INSURANCE COMPANY
**Número NAIC:** 19544          PMKT 489 04 15

## Texas Liability Insurance Card
KEEP THIS CARD

**IMPORTANT:** This card or a copy of your insurance policy must be shown when you apply for or renew your:

- MOTOR VEHICLE REGISTRATION
- DRIVER'S LICENSE
- MOTOR VEHICLE SAFETY INSPECTION STICKER

You may also be asked to show this card or your policy if you have an accident or if a police officer asks to see it.

All drivers in Texas must carry liability insurance on their vehicles or otherwise meet legal requirements for financial responsibility. If you do not meet your financial responsibility requirements, you could be fined up to $1,000, your driver's license and motor vehicle registration could be suspended, and your vehicle could be impounded for up to 180 days (at a cost of $15 per day).

**YOUR SERVICE OFFICE**
5300 Town & Country
Blvd Ste 110
Frisco TX 75034

**ISSUING OFFICE**
5300 Town & Country
Blvd Ste 110
Frisco TX 75034



## Tarjeta de Seguro de Responsabilidad Civil de Texas
GUARDE ESTA TARJETA

**IMPORTANTE:** Usted debe mostrar esta tarjeta o una copia de su póliza de seguro cuando solicite o renuéve su:

- REGISTRO DE VEHÍCULO DE MOTORIZADO
- LICENCIA DE CONDUCIR
- ETIQUETA DE INSPECCIÓN DE SEGURIDAD PARA SU VEHÍCULO

Puede que usted tenga también que mostrar esta tarjeta o su póliza de seguro si tiene un accidente o si un oficial de policía se la pide.

Todos los conductores en Texas deben tener un seguro de responsabilidad civil para sus vehículos, o de lo contrario deben cumplir con los requisitos legales de responsabilidad financiera. Si usted no cumple con los requisitos de responsabilidad financiera, podría estar sujeto a pagar una multa de hasta $1,000, mas la suspensión de su licencia de conducir y la suspensión del registro del vehículo, y además su vehículo podría ser confiscado por hasta 180 días (a un costo de $15 por día).

**Su Oficina Del Servicio**
5300 Town & Country
Blvd Ste 110
Frisco TX 75034

**OFICINA EMISORA**
5300 Town & Country
Blvd Ste 110
Frisco TX 75034



## Identification Cards

PLEASE PLACE EACH CARD IN THE APPROPRIATE INSURED VEHICLE.

---

**TEXAS LIABILITY INSURANCE CARD**

POLICY INFORMATION
**Policy Number**
ABT-298-157922-40 5 2
**Policy Effective Date** 08/22/2015
**Policy Expiration Date** 08/22/2016

**Name of Insured**
SUSAN HARRIMAN
3419 WESTMINSTER AVE STE 351
DALLAS TX 75205-1387

VEHICLE INFORMATION
**Year** 2007
**Make** LEXS
**Model** GX 470
**Vehicle Identification Number**
JTJBT20X370144710

**Other Covered Persons**
SUSAN HARRIMAN

CONTACT US
**To report a claim**
(1-800-225-2467)
**Customer service**
1-214-618-6880
**Roadside Assistance**
1-800-426-9898



This policy provides at least the minimum amounts of liability insurance required by the Texas Motor Vehicle Safety Responsibility Act for the specified vehicles and named insureds and may provide coverage for other persons and other vehicles as provided by the insurance policy.

**Company Name:** LIBERTY COUNTY MUTUAL INSURANCE COMPANY
**NAIC Number:** 19544         PMKT 489 04 15

---

**TARJETA DE SEGURO DE RESPONSABILIDAD DE TEXAS**

INFORMACIÓN DE LA PÓLIZA
**Número De Póliza** ABT-298-157922-40 5 2
**Fecha Efectiva de la Póliza** 08/22/2015
**Fecha de Expiración de la Póliza** 08/22/2016

**Nombre y Dirección del Asegurado**
SUSAN HARRIMAN
3419 WESTMINSTER AVE STE 351
DALLAS TX 75205-1387

INFORMACIÓN DEL VEHÍCULO
**Año** 2007
**Marca** LEXS
**Modelo** GX 470
**Número de Identificación del Vehículo**
JTJBT20X370144710

**Otras Personas Cubiertas**
SUSAN HARRIMAN

CONTÁCTENOS
**Para reportar una reclamación**
(1-800-225-2467)
**Servicio al cliente**
1-214-618-6880
**Asistencia en el camino**
1-800-426-9898



Esta póliza provee por lo menos las cantidades mínimas de seguro de responsabilidad civil que es requerida por la ley de responsabilidad para la seguridad de los vehículos motorizados de Texas (Texas Motor Vehicle Safety Responsibility Act) para los vehículos especificados y para los asegurados nombrados y puede proveer una cobertura para otras personas y vehículos según lo proporcionado en la póliza de seguro.

**Nombre de la Compañía:** LIBERTY COUNTY MUTUAL INSURANCE COMPANY
**Número NAIC:** 19544         PMKT 489 04 15

## Texas Liability Insurance Card
KEEP THIS CARD

**IMPORTANT:** This card or a copy of your insurance policy must be shown when you apply for or renew your:

- MOTOR VEHICLE REGISTRATION
- DRIVER'S LICENSE
- MOTOR VEHICLE SAFETY INSPECTION STICKER

You may also be asked to show this card or your policy if you have an accident or if a police officer asks to see it.

All drivers in Texas must carry liability insurance on their vehicles or otherwise meet legal requirements for financial responsibility. If you do not meet your financial responsibility requirements, you could be fined up to $1,000, your driver's license and motor vehicle registration could be suspended, and your vehicle could be impounded for up to 180 days (at a cost of $15 per day).

**YOUR SERVICE OFFICE**
5300 Town & Country
Blvd Ste 110
Frisco TX 75034

**ISSUING OFFICE**
5300 Town & Country
Blvd Ste 110
Frisco TX 75034



## Tarjeta de Seguro de Responsabilidad Civil de Texas
GUARDE ESTA TARJETA

**IMPORTANTE:** Usted debe mostrar esta tarjeta o una copia de su póliza de seguro cuando solicite o renuéve su:

- REGISTRO DE VEHÍCULO DE MOTORIZADO
- LICENCIA DE CONDUCIR
- ETIQUETA DE INSPECCIÓN DE SEGURIDAD PARA SU VEHÍCULO

Puede que usted tenga también que mostrar esta tarjeta o su póliza de seguro si tiene un accidente o si un oficial de policía se la pide.

Todos los conductores en Texas deben tener un seguro de responsabilidad civil para sus vehículos, o de lo contrario deben cumplir con los requisitos legales de responsabilidad financiera. Si usted no cumple con los requisitos de responsabilidad financiera, podría estar sujeto a pagar una multa de hasta $1,000, mas la suspensión de su licencia de conducir y la suspensión del registro del vehículo, y además su vehículo podría ser confiscado por hasta 180 días (a un costo de $15 por día).

**Su Oficina Del Servicio**
5300 Town & Country
Blvd Ste 110
Frisco TX 75034

**OFICINA EMISORA**
5300 Town & Country
Blvd Ste 110
Frisco TX 75034

